# Exhibit 2

# Request - 2022-IGFO-00237

Create Appeal (CreateAppeal.aspx?reqno=2022-IGFO-00237)     ✉ Inbox (0)     ➤ Compose Message     🔔 Sent Messages     Withdraw Request

← Back (RequestStatus.aspx)

## Requester Details

To modify request details, please update your requester profile or contact the our office for assistance.

**Mr. Michael Howell**
Senior Advisor and Author at Daily Signal
The Heritage Foundation
214 Massachusetts Ave NE
Washington, DC  20002
Phone 202-368-9683
oversightproject@heritage.org

Requester Default Category: News Media

## Request Details

| | |
|---|---|
| Date Requested | 07/22/2022 |
| Received Date | 07/22/2022 |
| Estimate Delivery Date | 08/24/2022 |
| Status | Assigned for Processing |

## General Information

| | |
|---|---|
| DHS Component | OIG - DHS Offi ⌄ |
| Selected Component | OIG |

Please ensure Request Type matches up to the Component

| | |
|---|---|
| Request Type | OIG FOIA ⌄ |

| Suggested Requester Category | News Media ⌄ |
|---|---|

**Requesting Personal Records**

** If you are requesting access to records about an individual, additional information may be required in order to facilitate the processing of your request. The DHS component your request is routed to will advise you if any additional information is required to aid the disclosure process.**

**Are you requesting records on yourself?**

| Please Select: | No ⌄ |
|---|---|

**\* If yes, please read the Perjury Statement and Initial in the section below OR attach your Certification of Identity in the Request Information below.**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
By initialing here you are providing your electronic signature.

| Initial Here: | |
|---|---|

**Request Information**

\* For Requests to OBIM for IDENT Records, please attach your Fingerprint Card Scans above in addition to filling out the Request Description below.

| Request Description | Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the implementing FOIA regulations of the |
|---|---|
| Date Range for Record Search: From(mm/dd/yyyy) | 09/19/2021 | To (mm/dd/yyyy) | 07/22/2022 |
| Description Document | 🔗 Add Attachment -Whipping DHS follow OIG 07-22-22.pdf  (AddAttachment.aspx?id=113097&mode=corres) |
| Third Party Consent | 🔗 Add Attachment |

| | |
|---|---|
| Certification of Identity | 🔗 Add Attachment |

**Fee Information**

| | |
|---|---|
| Willing Amount ($) | 25.00 |
| Fee Waiver Requested | ☑ 🔗 Add Attachment -Whipping DHS follow OIG 07-22-22.pdf ⬇ (AddAttachment.aspx?id=113098&mode=corres) |

\* Fees otherwise chargeable in connection with a request for disclosure of a record shall be waived or reduced where it is determined that disclosure is in the public interest because it is likely to contribute significantly to public understanding of the operation or activities of the government and is not primarily in the commercial interest of the requester.

| | |
|---|---|
| Fee Waiver Granted | TBD |
| Fee Waiver Request Reason | Please see attached |

**Cost Details :**

| | |
|---|---|
| Total Cost | $0.00 |
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |
| Payment Status | No Charges |
| Willing to Pay All Fees | ☐ |

**Expedite Information**

\* Some requests may qualify for expedited treatment if the requester can demonstrate that it meets certain criteria established under DHS regulations. See 6 C.F.R. § 5.5(d)(1) (https://www.dhs.gov/publication/federal-register-notice-freedom-information-act-and-privacy-act-procedures-interim-final)

| | |
|---|---|
| Expedite Requested | ☐ 🔗 Add Attachment |

| Expedite Reason | |
| --- | --- |