UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, ) ) Plaintiffs, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, OFFICE OF INSPECTOR GENERAL ) ) ) ) ) Defendant. ) | Civil Action No. 22-3186 |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that summary judgment is granted in Defendant's favor on Plaintiff's claims in this action. This is a final appealable order.

It is SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge