UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, OFFICE OF INSPECTOR GENERAL<br><br>Defendant. | Civil Action No. 22-3186 (CJN) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACT AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendant, U.S. Department of Homeland Security, Office of Inspector General ("the Agency"), hereby submits this response to Plaintiff, Heritage Foundation's Statement of Material Facts as to which there is no genuine dispute as to which Plaintiff contends there are no genuine issues in support of its Cross-Motion for Summary Judgment against the Agency.

1. Admitted.

2. Denied. The Agency's Office of Legislative Affairs ("OLA") searched "Outlook, the program used for all DHS OIG electronic mail, of all OLA employees and the OLA inbox, 2) DHS OIG's shared drive and 3) the SharePoint database. These locations would house and store any relevant emails of all employees of the Office of Legislative Affairs and any relevant emails regarding the September 19th incident." *See* Supplemental Declaration of Okechi Chigewe ("Chigewe Supp. Decl.") ¶ 12.

3. Admitted.

4. Admitted.

5. Denied. The Agency used the search terms "Whipping, Whip and Whips" during its search for responsive records. *See* Chigewe Supp. Decl. ¶ 20

Dated: September 20, 2023
Washington, DC

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. BAR #481052
                                        United States Attorney

                                         BRIAN P. HUDAK
                                        Chief, Civil Division


                         By:       /s/ *Fithawi Berhane*
                                          Fithawi Berhane
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202) 252-6653
                                        Fithawi.Berhane@usdoj.gov

                                        *Attorneys for the United States of America*