UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, OFFICE OF INSPECTOR GENERAL<br><br>        Defendant. | Civil Action No. 22-3186 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Cross-Motion for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Cross-Motion for Summary Judgment is DENIED, and it is further

ORDERED that summary judgment is granted in Defendant's favor on Plaintiff's claims in this action. This is a final appealable order.

It is SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge