UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 22-3186 (CJN)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Department of Homeland Security, Office of Inspector General ("Inspector General") respectfully moves for summary judgment. As set forth in the accompanying memorandum of points and authorities, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") failed to "reasonably describe" records sought in the Freedom of Information Act ("FOIA") request in a manner that would enable the Office of Inspector General to search for, process, and release non-exempt records without an undue burden, and therefore Plaintiff has not submitted a proper FOIA request and this suit fails.

A statement of undisputed material facts and a proposed order are attached.

Dated: July 21, 2025
         Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____/s/_____
     FITHAWI BERHANE
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-6653

*Attorneys for the United States of America*